■ MANUFACTURERS AND TRADERS TRUST COMPANY, Respondent-Appellant, v NIAGARA FALLS MALL, INC., Appellant-Respondent. [3 NYS3d 691]—Motion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Sconiers, Whalen and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW J. JOHNSON, Appellant. [3 NYS3d 691]—Motion for reargument denied. Present—Scudder, P.J., Centra, Lindley and DeJoseph, JJ.

■ SADE WATSON, Appellant, v KIBLER ENTERPRISES et al., Respondents, et al., Defendants. [3 NYS3d 692]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Lindley and DeJoseph, JJ.

■ RAYMOND PINK et al., Respondents, v MATTHEW RICCI, Respondent, and MARK WILBUR et al., Appellants, et al., Defendants. [3 NYS3d 692]—Motion for leave to appeal to the Court of Appeals granted. Present—Scudder, P.J., Centra, Lindley and DeJoseph, JJ.

■ THOMAS D. AYERS, Respondent-Appellant, v SNYDER CORP., Appellant-Respondent. (Action No. 1.) THOMAS D. AYERS, Respondent-Appellant, v CENTER FOR TRANSPORTATION EXCELLENCE, LLC, et al., Appellants-Respondents. (Action No. 2.) [3 NYS3d 694]—Motion for reargument denied. Present—Scudder, P.J., Centra, Lindley and DeJoseph, JJ.

■ In the Matter of NONHUMAN RIGHTS PROJECT, INC., on Behalf of KIKO, Appellant, v CARMEN PRESTI, Individually and as an Officer and Director of the PRIMATE SANCTUARY, INC., et al., Respondents. [3 NYS3d 698]—Motion for leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.